1 | Geri N. Kahn (State Bar Number 148536)
2 | geri@gerinkahn.com
  | Law Office of Geri N. Kahn
3 | 465 California Street, Suite 609
  | San Francisco, CA 94104
4 | Telephone (415) 397-5446
  | Facsimile (800) 375-5956

Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Khitam Hmood, | Case No. **18-cv-04212-SK** |
|---|---|
| Plaintiff, | **Stipulation of Extension of Time for Plaintiff to file brief in support of Motion for Summary Judgment; Order** |
| vs. | |
| Nancy Berryhill, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff, by and through her attorney of record, and Defendant, by and through her attorney of record, hereby stipulate, subject to the approval of the Court, to a 60-day extension of time for Plaintiff's counsel to file a brief in support of his Motion for Summary Judgment, in light of the following:

1. Plaintiff's counsel is a sole practitioner and has other cases with impending deadlines. She has no one else to whom she can delegate the work. She needs additional time to complete the brief.

2. Plaintiff's counsel has emailed Beatrice Na, Esq., defendant's counsel. Ms. Na has indicated that she is agreeable to a 60- day extension of time for counsel to prepare her brief.

STIPULATION OF EXTENSION OF TIME FOR PLAINTIFF TO FILE BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT; ORDER

3. Should the request be granted, Plaintiff's brief will be due on February 25, 2019, Defendant's reply brief on March 25, 2019, and Plaintiff's optional response brief on April 8, 2019.

Respectfully submitted,

Dated: December 26, 2018      /s/ Geri N. Kahn
GERI N. KAHN
Attorney for Plaintiff

Dated: December 26, 2018      /s/ Beatrice Na
BEATRICE NA
Special Assistant United States Attorney
(*By email authorization on December 26, 2018)

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 27, 2018

Sallie Kim
United States Magistrate Judge